UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 5:17-cv-00326-BJD-PRL

JOSHUA ELSER
individually and on behalf of all
others similarly situated,                                          **CLASS ACTION**

      Plaintiff,                                                 **JURY TRIAL DEMANDED**

v.

JOHN C. HEATH, ATTORNEY AT LAW, PLLC
d/b/a LEXINGTON LAW FIRM,
a Utah professional limited liability company,

      Defendant.
_____/

**JOINT MOTION TO STAY**

      Plaintiff Joshua Elser and Defendant John C. Heath, Attorney at Law, PLLC d/b/a Lexington Law Firm, respectfully move the Court to briefly stay this matter and all pending deadlines until January 15, 2019, and in support state:

      1.      This putative class action under the Telephone Consumer Protection Act was filed on July 12, 2017.  [ECF No. 1].

      2.      On September 11, 2017, Defendant filed its Answer and Affirmative Defenses. [ECF No. 8].

      3.      On August 11, 2017, the Court entered a Scheduling Order.  [ECF No. 7].

      4.      On November 13, 2017, the parties attended a full day mediation in Atlanta, Georgia.  A second day of mediation took place on December 1, 2017.

      5.      A dispute subsequently arose with respect to whether a final settlement was reached at mediation.

6. Plaintiff subsequently filed a Motion to Enforce ("Motion"), which was heard by the Magistrate Judge on October 25, 2018.

7. During the hearing, the Court had Ordered the parties to submit supplemental briefing to address certain issues relating to the Motion.

8. Thereafter, the parties agreed to mediate the matter, without prejudice to their positions articulated in the pending Motion.

9. To permit the parties to focus on the mediation, the parties requested the entry of an order granting a stay of all deadlines until January 2, 2019.

10. On November 26, 2018, the Court granted the order and stayed all deadlines to January 2, 2019. [ECF No. 50].

11. On December 14, 2018, the parties attended a full day mediation with the Honorable Jay C. Gandhi (Ret.) of JAMS.

12. Due to certain issues that arose at the mediation, the Plaintiff cannot withdraw the Motion at this time.

13. As such, the parties agreed to a deadline of January 14, 2019. On that date, the Defendant must advise Plaintiff whether certain issues have been fully addressed, which will enable the Plaintiff to withdraw the Motion and this matter to be finalized.

14. Based on the foregoing, the parties respectfully request the entry of an order granting a stay of all deadlines until January 15, 2019 to allow resolution of these issues.

15. The parties respectfully submit that the requested brief stay will conserve judicial and party resources, and is made in good faith and not for purposes of delay.

**WHEREFORE**, Plaintiff Joshua Elser and Defendant John C. Heath, Attorney at Law, PLLC d/b/a Lexington Law Firm respectfully request the entry of an order staying this matter until January 15, 2019, and for such other relief as deem appropriate under the circumstances.

Date: January 2, 2019

Respectfully submitted,

| **HIRALDO P.A.** | **TROUTMAN SANDERS LLP** |
|---|---|
| */s/ Manuel S. Hiraldo* | */s/ John S. Gibbs III* |
| Manuel S. Hiraldo | John S. Gibbs III |
| Florida Bar No. 030380 | Florida Bar No. 91102 |
| 401 E. Las Olas Boulevard | Troutman Sanders LLP |
| Suite 1400 | 600 Peachtree Street NE |
| Ft. Lauderdale, Florida 33301 | Suite 3000 |
| Email: mhiraldo@hiraldolaw.com | Atlanta, Georgia 30308 |
| Telephone: 954.400.4713 | Telephone: (404) 885-3093 |
|  | Facsimile: (404) 885-3900 |
|  | E-mail: evan.gibbs@troutman.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

I HEREBY CETIFY that on January 2, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Manuel S. Hiraldo*
Florida Bar No. 030380
*Counsel for Plaintiff*