**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**JOSHUA ELSER, Individually and on behalf of all others similarly situated**

    **Plaintiff,**

v.                                                     **Case No: 5:17-cv-326-Oc-39PRL**

**JOHN C. HEATH, ATTORNEY AT LAW, PLLC**

    **Defendant.**

## ORDER

The Parties have jointly moved to stay all deadlines in this case until January 15, 2019 while they attempt to resolve issues that arose during their recent mediation. (Doc. 51). The Parties' motion is **GRANTED**. (Doc. 51). All pending deadlines are **STAYED** until January 15, 2019. The Parties are directed to inform the Court, by joint motion, **on or before January 16, 2019** as to the status of the case and Plaintiff's motion to enforce settlement.

**Recommended** in Ocala, Florida on October 16, 2018.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy