UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**JOSHUA ELSER, Individually and on behalf of all others similarly situated**

    Plaintiff,

v.                                Case No: 5:17-cv-326-Oc-39PRL

**JOHN C. HEATH, ATTORNEY AT LAW, PLLC**

    Defendant.

## ORDER

The parties in this putative class action have filed a joint status report requesting an extension of the pending stay of all deadlines in this case while the parties finalize the terms of the settlement, which the Court will construe as a motion requesting an extension of the stay. (Doc. 53). The requested relief is **GRANTED**. All deadlines in this case, as well as Plaintiff's motion to enforcement settlement, are **STAYED** until **February 1, 2019**. On or before February 1, 2019, the parties are directed to either file a notice of settlement or otherwise notify the Court of the status of this action.

    **DONE** and **ORDERED** in Ocala, Florida on January 18, 2019.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties