UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JOSHUA ELSER, Individually and on
behalf of all others similarly situated,

    Plaintiff,

v.                                          Case No. 5:17-cv-326-Oc-39PRL

JOHN C. HEATH, ATTORNEY AT LAW,
PLLC, a Utah professional limited
liability company,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on the parties' Joint Status Report (Doc. 55; Report). The Report states that the parties are close to reaching a settlement in this case and requests an indefinite stay of all pending deadlines. Report at 1. The parties originally thought they reached a settlement of this case following a December 1, 2017 mediation. (Doc. 19). There was a dispute about the terms of the settlement agreement and the parties subsequently disputed whether a settlement was reached. (See Docs. 21 and 25). Then, on November 19, 2018, the parties reported that they were participating in another mediation (Doc. 49), which resulted in the parties moving closer to settlement (Doc. 51). The case has essentially been stalled for nearly one year since the parties first thought they settled the case and they now wish to continue in their efforts to settle the matter for an undefined period of time.

"Inherent in a trial court's authority to enforce its orders . . . [is] the control necessarily vested in courts to manage their own affairs so as to achieve the orderly

and expeditious disposition of cases." <u>Wieckiewicz v. Education Credit Management Corp.</u>, 443 F. App'x 449, 450-51 (11th Cir. 2011) (internal quotations omitted). While the Court appreciates the parties' continued settlement efforts to conserve litigant and judicial resources, this case cannot be allowed to languish indefinitely.

Accordingly, after due consideration, it is

**ORDERED:**

1. The Clerk of the Court is directed to terminate all pending motions and administratively close this case. The parties shall have until **March 29, 2019**, to file a joint stipulated form of final order or judgment or move this Court upon good cause to reopen the case.

2. If the parties have not so stipulated or moved the Court by the **March 29, 2019** deadline, this case automatically will be dismissed without prejudice, and the Clerk shall **close** the file without further order of the Court.

**DONE** and **ORDERED** in Jacksonville, Florida this 4th day of February, 2019.

_____
BRIAN J. DAVIS
United States District Judge

2
Copies furnished to:

Counsel of Record
Unrepresented Parties